IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KERI KING, | ) | CASE NO.  5:12 CV 1709 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| DALE ALEXANDER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | <u>MEMORANDUM OPINION</u> |

This matter is before the Court on Defendants' Motion for Summary Judgment.  (ECF #28).   For the reasons set forth in this Court's Memorandum Opinion, Defendants' Motion for Summary Judgment is GRANTED.  Judgment is entered in favor of the remaining Defendants. This case is terminated.

IT IS SO ORDERED.

   /s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED:   September 19, 2013